**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492; Fax (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org

**WINTERS & ASSOCIATES**
Jack B. Winters, Jr. (SBN 82998)
Sarah Ball (SBN 292337)
8489 La Mesa Boulevard
La Mesa, CA 91942
Tel: (619) 234-9000; Fax: (619) 750-0413
Email: jackbwinters@earthlink.net
Email: sball@einsurelaw.com

Attorneys for Plaintiffs KEIR MILAN, Individually, and on behalf of the Class; CRISTIN MORNEAU and KELLY STRANGE, Individually, and Jointly as Successors-in-Interest to Carolyn A. Morneau, and on behalf of the Estate of Carolyn A. Morneau and the Class

*For Additional Counsel, See Signature Page*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIR MILAN, Individually, and on behalf of the Class; CRISTIN MORNEAU and KELLY STRANGE, Individually, and Jointly as Successors-in-Interest to Carolyn A. Morneau, and on behalf of the Estate of Carolyn A. Morneau and the Class,<br><br>Plaintiffs,<br><br>v.<br><br>PROTECTIVE LIFE INSURANCE COMPANY, an Alabama corporation; and WEST COAST LIFE INSURANCE COMPANY, a Nebraska corporation,<br><br>Defendants. | Case No.: 3:22-cv-01861-AHG<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Per Chambers, no oral argument unless separately ordered by the Court.<br><br>**Magistrate**: Hon. Allison H. Goddard<br><br>**FAC Filed**: November 26, 2024<br>**Trial Date**: None Set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Keir Milan, Cristin Morneau, and Kelly Strange, on behalf of themselves and all others similarly-situated, will and hereby do move this Court to:

(1) Preliminarily approve the Settlement and Release Agreement ("Settlement"), filed herewith as Exhibit 1 to the Declaration of Alex Tomasevic ("Tomasevic Decl.");

(2) Approve the distribution of the proposed Class Notice to the Class Members;

(3) Appoint Plaintiffs Cristin Morneau and Keir Milan as Class Representatives;

(4) Appoint the law firms of Nicholas & Tomasevic, LLP, Singleton Schreiber, LLP, and Winters & Associates as Class Counsel;

(5) Appoint Angeion Group, LLC as Settlement Administrator;

(6) Appoint Thomas Sharkey, Esq. to serve as Special Master as described in the Settlement; and

(7) Set a hearing for Final Approval of the Settlement Agreement and Plaintiffs' Motion for Attorney's Fees and Costs at least 120 days after the Preliminary Approval order is issued.

This Motion is based upon: this Notice of Motion and Motion; the Memorandum of Points and Authorities filed herewith; the Declaration of Alex Tomasevic and its attached exhibits filed herewith; the Declaration of Jack Winters; the Declaration of Steven Weisbrot; the records, pleadings and papers filed in this action; and upon such other documentary and oral evidence as may be presented to the Court at or prior to the hearing of this Motion.

///

///

///

Respectfully submitted,

DATED: December 17, 2024    **NICHOLAS & TOMASEVIC LLP**

By:    */s/ Alex Tomasevic*
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org

**WINTERS & ASSOCIATES**
Jack B. Winters, Jr. (SBN 82998)
Sarah Ball (SBN 292337)
8489 La Mesa Boulevard
La Mesa, California 91942
Tel: (619) 234-9000
Fax: (619) 750-0413
Email: jackbwinters@earthlink.net
Email: sball@einsurelaw.com

**SINGLETON SCHREIBER, LLP**
Christopher R. Rodriguez (SBN 212274)
Andrew D. Bluth (SBN 232387)
Michelle M. Myers (SBN 236387)
1414 K Street, Suite 470
Sacramento, California 95814
Tel: (916) 248-8478
Email: crodriguez@singletonschreiber.com
Email: abluth@singletonschreiber.com
Email: mmeyers@singletonschreiber.com

Attorneys for Plaintiff KEIR MILAN, Individually, and on behalf of the Class; Plaintiffs CRISTIN MORNEAU and KELLY STRANGE, Individually, and Jointly as Successors-in-Interest to Carolyn A. Morneau, and on Behalf of the Estate of Carolyn A. Morneau and the Class