Christopher R. Pitoun (SBN 290235)
*christopherp@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
T: (213) 330-7150

*Attorney for Absent Class Members
Janice Schmidt and Judy Vann-Eubanks*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIR MILAN, Individually, and on behalf of the Class; CRISTIN MORNEAU and KELLY STRANGE, Individually, and Jointly as Successors-in-Interest to Carolyn A. Morneau, and on behalf of the Estate of Carolyn A. Morneau and the Class.<br><br>Plaintiffs,<br><br>v.<br><br>PROTECTIVE LIFE INSURANCE COMPANY, an Alabama corporation; and WEST COAST LIFE INSURANCE COMPANY, a Nebraska corporation,<br><br>Defendants. | Case No. 3:22-cv-01861-AHG<br><br>**NOTICE OF APPEARANCE ON BEHALF OF ABSENT CLASS MEMBERS JANICE SCHMIDT AND JUDY VANN-EUBANKS**<br><br>Complaint filed: November 26, 2024 |

TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OR RECORD:

PLEASE TAKE NOTICE that Christopher R. Pitoun, a member of the State Bar of California and admitted to practice in this Court, hereby enters his appearance in the above-captioned action on behalf of Absent Class Members Janice Schmidt and Judy Vann-Eubanks.

All service of papers in this matter should be addressed as follows and delivered via ECF or otherwise to the address below:

> Christopher R. Pitoun (SBN 290235)
> *christopherp@hbsslaw.com*
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 301 North Lake Avenue, Suite 920
> Pasadena, CA 91101

NOTICE OF APPEARANCE - 1

| | | |
|---|---|---|
| 1 | DATED: August 11, 2025 | Respectfully submitted, |
| 2 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | | By: /s/   Christopher R. Pitoun |
| 4 | | Christopher R. Pitoun (SBN 290235) |
| | | *christopherp@hbsslaw.com* |
| 5 | | 301 North Lake Avenue, Suite 920 |
| | | Pasadena, CA 91101 |
| 6 | | Telephone: (213) 330-7150 |
| 7 | | |
| | | *Attorneys for Absent Class Members* |
| 8 | | *Janice Schmidt and Judy Vann-Eubanks* |

NOTICE OF APPEARANCE - 2

011069-11/3262020 V1