Christopher R. Pitoun (SBN 290235)
christopherp@hbsslaw.com
Abigail D. Pershing (SBN 346467)
abigailp@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
T: (213) 330-7150

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIR MILAN, Individually, and on behalf of the Class; CRISTIN MORNEAU and KELLY STRANGE, Individually, and Jointly as Successors-in-Interest to Carolyn A. Morneau, and on behalf of the Estate of Carolyn A. Morneau and the Class,<br><br>Plaintiff,<br><br>v.<br><br>PROTECTIVE LIFE INSURANCE COMPANY, an Alabama corporation; and WEST COAST LIFE INSURANCE COMPANY, a Nebraska corporation,<br><br>Defendants. | Case No. 3:22-cv-01861-AHG<br><br>**DECLARATION OF DAVID S. KLEVATT IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES** |

I, David S. Klevatt, hereby declare as follows:

1. I am a member of the bar of the State of Illinois. I am a partner in the law firm of Klevatt & Associates, LLC ("Klevatt"). Klevatt has served as counsel for Janice Schmidt and Judy Vann-Eubanks (putative "Class Representatives") in the action against Protective Life and Standard Life, Case No. 21-cv-01784, pending in the United States District Court for the Eastern District of California before Judge Jennifer Thurston ("*Schmidt*"). The *Schmidt* case was ordered related to *Allen v. Protective Life Insurance Company, et al.*, 1:20-cv-00530-JLT-CDB by Judge Jennifer Thurston on July 12, 2023 (1:21-cv-01784-JLT-CDB) ("*Allen*") which is now part of this case. I provide this declaration in support of our Motion for an Award of Attorneys' Fees, and Reimbursement of Expenses and to describe the time invested and litigation expenses incurred by Klevatt in the prosecution of this action, which helped lead to the resolution of the *Morneau et al v. Protective Life Insurance Company*, 22-cv-1861 (S.D. Cal.) matter.

2. Over the course of this litigation, Klevatt was involved in the following for the *Schmidt* case:

- *Complaint*: Klevatt interviewed and worked with Ms. Schmidt and Ms. Vann-Eubanks in the initial pre-litigation investigation, review and analysis of the underlying documents and then worked on the drafting of the initial complaint and the consolidated class action complaint with a focus on insurance coverage specific issues.

- *Discovery:* Klevatt attorneys were the co-lead counsel and were responsible for assisting in various offensive and defensive discovery efforts. These efforts included:

  o Assisting with protective orders, ESI agreements, and other agreements with the defendants concerning discovery issues;

  o Preparing plaintiffs' responses to multiple requests for production and multiple sets of interrogatories;

  o Negotiating with defense counsel, through many meet and confer conferences and follow up correspondence, plaintiff document collections,

011069-11/3261878 V1

search terms, custodians and productions, as well as plaintiff interrogatory answers and objections.

- o Review and analysis of plaintiff documents for purposes of preparing document productions;

- o Detailed review and analysis of the thousands of pages of the random sample of life insurance files and exemplar copies of the relevant insurance policies produced by defendants and preparation of spreadsheets for team use in the class certification motion;

- o Preparation of Ms. Vann-Eubanks for her deposition and defense of her deposition in Seattle, Washington.

- Review and analysis of defendant documents to prepare for depositions and preparation of and participation in the deposition of Protective Life's two 30(b)(6) deponents.

- *Expert Witness:* Klevatt attorneys assisted with the coordination and factual support for the Plaintiff's expert witness for the Motions for Class Certification;

- *Class Certification:* In coordination with the team, Klevatt attorneys assisted with the drafting and coordinated the briefing on class certification with a specific focus on life insurance specific issues and factual support.

3. On May 3, 2022, *Schmidt* Plaintiffs propounded their First Sets of Requests for Production of Documents and Special Interrogatories.

4. Over several months, *Schmidt* Plaintiffs engaged in extensive discovery providing written responses to Protective Life's Requests for Production of Documents, Requests for Admission, and Special Interrogatories.

5. Protective Life produced 7,856 pages of documents in response to *Schmidt* Plaintiffs' Requests.

6. *Schmidt* Counsel also reviewed 100 sample insurance files produced by Protective Life. These 100 sample files separately totaled 14,923 pages and included life insurance policies, addendums, and all recorded communications between policyowners and Protective Life.

7. *Schmidt* Counsel also engaged Kent Barrett—an insurance industry expert to further review the files and identify a methodology for how damages could be calculated on a classwide basis.

8. From inception through July 31, 2025, Klevatt timekeepers expended a total of 778.7 hours on this litigation. Klevatt's total lodestar at current billing rates is $699,868.70.

9. Attached as **Exhibit A** is a chart of the names, titles, billing rates, and cumulative hours and lodestars for the attorneys and professional support staff from Klevatt who contributed to this litigation. If requested, I will submit *in camera* a complete set of Klevatt's detailed time reports for this matter. Exhibit A and the detailed time report are based on contemporaneously prepared time records maintained by Klevatt. The hourly rates provided for by Klevatt's attorneys and professional support staff are the same as the usual and customary hourly rates charged for their services on a contingent basis in similar complex class action litigation and have been approved by courts in comparable cases.[1]

10. From November 14, 2021 through July 31, 2025, Klevatt incurred litigation expenses totaling $3,286.70.

11. Attached as **Exhibit B** is a chart of the total unreimbursed litigation expenses by category that Klevatt incurred in the prosecution of this action. If requested, I will also submit *in camera* an itemized expense report with details on each individual expense. Exhibit B and the itemized expense report were prepared from Klevatt's books and records and the supporting expense vouchers, receipts, invoices, check and bank records, and other source materials and represent a

---

[1] *See, e.g.*, *Bentley* v. *United of Omaha Life Ins. Co.*, 2018 16 WL 3357458, at *8 (C.D. Cal. May 1, 2018); *DOD Technologies Inc. v. Mesirow Insurance Services, Inc.*, 2008 CH 40734 (Circuit Court of Cook County, Illinois, Final Order August 4, 2011).

complete and accurate recordation of the expenses Klevatt incurred in the prosecution of the litigation since November 14, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 11, 2025

/s/ *David S. Klevatt*
David S. Klevatt

# EXHIBIT A

# KLEVATT CUMULATIVE HOURS AND LODESTAR BY TIMEKEEPER

| Timekeeper | Title | Billing Rate | Hours | Lodestar |
|---|---|---|---|---|
| Parry, Laura | Partner | $695.00 | 58.7 | $40,803.45 |
| Howe, Tim | Partner | $695.00 | 85.15 | $59,179.25 |
| Klevatt, David | Partner | $945.00 | 634.80 | $599,886.00 |
| | | TOTAL | 778.70 | $699,868.70 |

# EXHIBIT B

# KLEVATT LITIGATION EXPENSES BY CATEGORY

| Category | Amount |
|---|---|
| Postage/FedEx/messenger | $0 |
| Travel (airfare, train, care rental/mileage, taxi) | $1,160.16 |
| Hotel | $1,032.25 |
| Meals | $156.99 |
| Service of subpoenas | $0 |
| Computerized research | $0 |
| Filing fees and other court costs | $272.00 |
| Document database vendor | $0 |
| Depositions (court reporting, videography, transcripts) | $645.70 |
| Experts/consultants | $0 |
| Litigation Fund Assessments | $0 |
| Miscellaneous case costs | $19.60 |
| **TOTAL** | **$3,286.70** |

011069-11/3261878 V1