Christopher R. Pitoun (SBN 290235)
christopherp@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
T: (213) 330-7150

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIR MILAN, Individually, and on behalf of the Class; CRISTIN MORNEAU and KELLY STRANGE, Individually, and Jointly as Successors-in-Interest to Carolyn A. Morneau, and on behalf of the Estate of Carolyn A. Morneau and the Class,<br><br>Plaintiff,<br><br>v.<br><br>PROTECTIVE LIFE INSURANCE COMPANY, an Alabama corporation; and WEST COAST LIFE INSURANCE COMPANY, a Nebraska corporation,<br><br>Defendants. | Case No. 3:22-cv-01861-AHG<br><br>**DECLARATION OF JOSEPH M. VANEK IN SUPPORT OF ABSENT CLASS MEMBERS' JANICE SCHMIDT AND JUDY VANN-EUBANKS' COUNSELS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES** |

I, Joseph M. Vanek, hereby declare as follows:

1. I am a member of the bar of the State of Illinois and Commonwealth of Massachusetts. I am a partner in the law firm of Sperling Kenny Nachwalter, LLC ("Sperling"). Sperling has served as counsel for Janice Schmidt and Judy Vann-Eubanks: putative class representatives in the action against Protective Life and Standard Life, Case no. 21-cv-1784, pending in the United States District Court for the Eastern District of California. I provide this Declaration in support of our Motion for an Award of Attorneys' Fees, and Reimbursement of Expenses and to describe the time invested and litigation expenses incurred by Sperling in the prosecution of this action, which helped lead to the resolution of the *Morneau et al v. Protective Life Insurance Company*, 22-cv-01861-AHG (S.D. Cal.) matter.

2. Over the course of this litigation, Sperling was involved in the following for the *Schmidt* case:

- *Complaint*: Sperling undertook analysis of the initial complaint and the first amended class action complaint with a focus on class representative specific issues.

- *Discovery:* Sperling attorneys were responsible for assisting in various offensive and defensive discovery efforts. These efforts included:

  o Assisting with protective orders, ESI agreements, and other agreements with the defendants concerning discovery issues;

  o Preparing Plaintiffs' responses to requests for production, requests for admission, and interrogatories;

  o Negotiating with defense counsel, through many meet and confer conferences and follow up correspondence, Plaintiffs' document collections, search terms, custodians and productions, as well as plaintiff interrogatory answers and objections.

  o Review and analysis of Plaintiffs' documents for purposes of preparing document productions;

  o Review and analysis of Defendant's documents to prepare for depositions;

- *Class Certification:* In coordination with lead counsel, Sperling attorneys assisted with the drafting and coordinated the briefing on class certification.

-1-
011069-11/3261877 V1

- *Opposing Motions to Stay*: In coordination with lead counsel, Sperling attorneys assisted with the drafting and coordinated Plaintiffs' Opposition to Defendants' motion to stay

- *Drafting Joint Status Report*: In coordination with lead counsel, Sperling attorneys assisted with the drafting and coordinated Plaintiffs' Opposition to Defendants' motion to stay

3. From inception through July 31, 2025, Sperling timekeepers expended a total of 908.7 hours on this litigation. Sperling's total lodestar at current billing rates is $711,152.50.

4. Attached as **Exhibit A** is a chart of the names, titles, billing rates, and cumulative hours and lodestars for the attorneys and professional support staff from Sperling who contributed to this litigation. If requested, I will submit *in camera* a complete set of Sperling's detailed time reports on this matter. Exhibit A and the detailed time report are based on contemporaneously prepared time records maintained by Sperling. The hourly rates provided for by Sperling's attorneys and professional support staff are the same as the usual and customary hourly rates charged for their services on a contingent basis in similar complex class action litigation and have been approved by courts in comparable cases.[1]

5. From November 14, 2021 through July 31, 2025, Sperling incurred litigation expenses totaling $45,704.75.

6. Attached as **Exhibit B** is a chart of the total unreimbursed litigation expenses by category that Sperling incurred in the prosecution of this action. Upon

---

[1] *See, e.g.*, *In re Glumetza Antitrust Litig.*, No. C 19-05822, 2022 WL 327707, at *8–9 (N.D. Cal. Feb. 3, 2022) (court would "not reduce the billing rate for any of" the 79 timekeepers from class counsel firms that participated in the case—three of which are class counsel here—because their rates "correspond with the going rate for counsel in our geographic region with the same levels of skill and experience"); *see also, e.g.*, *In re Lipitor Antitrust Litig.*, No. 12-cv-2389, slip op. at 10–11 (D.N.J. June 12, 2024); *In re Effexor In re Suboxone (Buprenorphine Hydrochloride & Nalaxone) Antitrust Litig.*, No. 13-md-2445, 2024 WL 815503, at *18 (E.D. Pa. Feb. 27, 2024); *In re Ranbaxy Generic Drug Application Antitrust Litig.*, 630 F. Supp. 3d 241, 246–48 (D. Mass. Sept. 19, 2022); *In re Loestrin 24 Fe Antitrust Litig.*, No. 13-md-2472, 2020 WL 5203323, at *5 (D.R.I. Sept. 1, 2020); *In re Solodyn Antitrust Litig.*, No. 14-md-2503, 2018 WL7075880 (D. Mass. July 18, 2018).

request, I will submit *in camera* an itemized expense report with details on each individual expense. Exhibit B and the itemized expense report were prepared from Sperling's books and records and the supporting expense vouchers, receipts, invoices, check and bank records, and other source materials and represent a complete and accurate recordation of the expenses Sperling incurred in the prosecution of the litigation since November 14, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 11, 2025

*/s/ Joseph M. Vanek*

_____
Joseph M. Vanek

# EXHIBIT A

# SPERLING CUMULATIVE HOURS AND LODESTAR BY TIMEKEEPER

| Timekeeper | Title | Billing Rate | Hours | Lodestar |
|---|---|---|---|---|
| Abrahim, Danna | Attorney | $395.00 | 133.90 | $52,890.50 |
| Bjork, John | Partner | $765.00 | 188 | $143,820.00 |
| Fan, Diane | Paralegal | $345.00 | 10.7 | $3,691.50 |
| Macknin, Mitchell | Partner | $955.00 | 249 | $237,795.00 |
| Shmikler, Daniel | Partner | $705.00 | 89.3 | $62,956.50 |
| Sinclair, Martin | Partner | $565.00 | 14.10 | $7,966.50 |
| Strom, William | Associate | $505.00 | 100 | $50,500.00 |
| Vanek, Joseph | Partner | $1,225.00 | 123.70 | $151,532.50 |
| | | TOTAL | 908.70 | **$711,152.50** |

# EXHIBIT B
# SPERLING LITIGATION EXPENSES BY CATEGORY

| Category | Amount |
|---|---|
| Postage/FedEx/messenger | $165.46 |
| Travel (airfare, train, care rental/mileage, taxi) | $331.53 |
| Hotel | $513.61 |
| Meals | $153.15 |
| Service of subpoenas | $150.00 |
| Computerized research | $1,672.41 |
| Filing fees and other court costs | $241.00 |
| Document database vendor | $690.00 |
| Depositions (court reporting, videography, transcripts) | $4,182.80 |
| Experts/consultants | $33,410.00 |
| Litigation Fund Assessments | $4,000.00 |
| Miscellaneous case costs | $194.79 |
| **TOTAL** | **$45,704.75** |