# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIR MILAN, Individually, and on behalf of the Class; CRISTIN MORNEAU and KELLY STRANGE, Individually, and Jointly as Successors-in-Interest to Carolyn A. Morneau, and on behalf of the Estate of Carolyn A. Morneau and the Class,<br><br>Plaintiff,<br><br>v.<br><br>PROTECTIVE LIFE INSURANCE COMPANY, an Alabama corporation; and WEST COAST LIFE INSURANCE COMPANY, a Nebraska corporation,<br><br>Defendants. | Case No. 3:22-cv-01861-AHG<br><br>**[PROPOSED] ORDER GRANTING ABSENT CLASS MEMBERS' JANICE SCHMIDT AND JUDY VANN-EUBANKS' COUNSEL'S MOTION IN SUPPORT OF AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**<br><br>**Magistrate:** Hon. Allison H. Goddard<br><br>**Date:**      October 24, 2025<br>**Time:**      2:00 p.m.<br>**Location:**  Courtroom 2C<br>             Edward J. Schwartz Courthouse<br>             221 West Broadway<br>             San Diego, CA 92101 |

# [PROPOSED] ORDER

The Court, having considered Absent Class Members' Janice Schmidt and Judy Vann-Eubanks' Counsel's Motion in Support of an Award of Attorneys' Fees and Reimbursement of Expenses, and good cause appearing therefore, hereby orders that:

Plaintiff's Motion is **GRANTED**. The Court awards *Schmidt* Counsel $3,466,572 in attorneys' fees and $77,401.74 in litigation expenses.

**IT IS SO ORDERED**.

Dated: _____, 2025

_____
Hon. Allison H. Goddard
United States Magistrate Judge