**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492; Fax (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org

**WINTERS & ASSOCIATES**
Jack B. Winters, Jr. (SBN 82998)
Sarah Ball (SBN 292337)
8489 La Mesa Boulevard
La Mesa, CA 91942
Tel: (619) 234-9000; Fax: (619) 750-0413
Email: jwinters@singletonschreiber.com
Email: sball@einsurelaw.com

Attorneys for Plaintiffs KEIR MILAN, Individually, and on behalf of the Class; CRISTIN MORNEAU and KELLY STRANGE, Individually, and Jointly as Successors-in-Interest to Carolyn A. Morneau, and on behalf of the Estate of Carolyn A. Morneau and the Class

*For Additional Counsel, See Signature Page*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIR MILAN, Individually, and on behalf of the Class; CRISTIN MORNEAU and KELLY STRANGE, Individually, and Jointly as Successors-in-Interest to Carolyn A. Morneau, and on behalf of the Estate of Carolyn A. Morneau and the Class,<br><br>Plaintiffs,<br><br>v.<br><br>PROTECTIVE LIFE INSURANCE COMPANY, an Alabama corporation; and WEST COAST LIFE INSURANCE COMPANY, a Nebraska corporation,<br><br>Defendants. | Case No.: 3:22-cv-01861-AHG<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Date**: October 24, 2025<br>**Time**: 2:00 p.m.<br>**Courtroom**: 2C<br><br>**Magistrate**: Hon. Allison H. Goddard<br><br>**FAC Filed**: November 26, 2024<br>**Trial Date**: None Set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Keir Milan, Cristin Morneau, and Kelly Strange, on behalf of themselves and all others similarly-situated, will and hereby do move this Court for an Order granting Final Approval of the Parties' Class Action Settlement.

This Motion is based upon: this Notice of Motion and Motion; the Memorandum of Points and Authorities filed herewith; the Declaration of Craig Nicholas filed herewith; the Declaration of Steven Weisbrot of Angeion Group, LLC Re: Implementation of Notice Plan & Settlement Administration (Dkt No. 82); the records, pleadings and papers filed in this action; and upon such other documentary and oral evidence as may be presented to the Court at or prior to the hearing of this Motion.

Respectfully submitted,

DATED: October 10, 2025           **NICHOLAS & TOMASEVIC LLP**

By:   */s/ Craig M. Nicholas*
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org

**WINTERS & ASSOCIATES**
Jack B. Winters, Jr. (SBN 82998)
Sarah Ball (SBN 292337)
8489 La Mesa Boulevard
La Mesa, California 91942
Tel: (619) 234-9000
Fax: (619) 750-0413
Email: jwinters@singletonschreiber.com
Email: sball@einsurelaw.com

**SINGLETON SCHREIBER, LLP**
Christopher R. Rodriguez (SBN 212274)
Andrew D. Bluth (SBN 232387)
Michelle M. Myers (SBN 236387)
1414 K Street, Suite 470
Sacramento, California 95814

Tel: (916) 248-8478
Email: crodriguez@singletonschreiber.com
Email: abluth@singletonschreiber.com
Email: mmeyers@singletonschreiber.com

Attorneys for Plaintiffs and the Class