

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIR MILAN, individually, and on behalf of the Class; CRISTIN MORNEAU and KELLY STRANGE, individually, and jointly as successors-in-interest to Carolyn A. Morneau, and on behalf of the Estate of Carolyn A. Morneau and the Class<br>          Plaintiffs,<br>V.<br>PROTECTIVE LIFE INSURANCE COMPANY and WEST COAST LIFE INSURANCE COMPANY<br>          Defendants. | Civil Action No.  3:22-cv-01861-AHG<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants final approval of the proposed Settlement Agreement. All terms and provisions of the Settlement, including the release of claims contained therein, should be and hereby are ordered to be consummated, and the Parties shall effectuate the Settlement according to its terms. The Court dismisses with prejudice the action and all released claims.

The Court RETAINS JURISDICTION over: (a) implementation and enforcement of the Agreement pursuant to further order of the Court until the final judgment contemplated hereby has become effective and each and every act agreed to be performed by the Parties shall have been performed pursuant to the Agreement; (b) any other action necessary to conclude this Settlement and to implement the terms of the Agreement; and (c) the construction and interpretation of this agreement.

This Final Approval Order shall constitute a judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure. This class action (including the Amended Complaint), and all claims asserted therein or otherwise presented thereby, are hereby dismissed on the merits and with prejudice, without fees or costs to any party except as otherwise provided in the Settlement Agreement or this Final Approval Order. The case is hereby closed.

**Date:**  10/24/2025

                               **CLERK OF COURT**
                               **JOHN MORRILL, Clerk of Court**
                               By:  s/ Judge Allison H. Goddard